UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUWAYNE M. JACKSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. PFEIFFER, *et al.*,<br><br>　　　　　Defendants. | Case No.  2:21-cv-00457-JDP (PC)<br><br>ORDER TRANSFERRING CASE TO THE FRESNO DIVISION OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  In his complaint, plaintiff alleges violations of his civil rights by defendants.  The alleged violations took place in Kern County, which is part of the Fresno Division of the United States District Court for the Eastern District of California.  *See* E.D. Cal. L.R. 120(d).

　　　　Pursuant to Local Rule 120(f), a civil action that has not been commenced in the proper division of the court may, on the court's own motion, be transferred to the proper division. Therefore, this action will be transferred to the Fresno Division of the court.

　　　　Accordingly, it is hereby ORDERED that:

　　　　1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno.

　　　　2. The Clerk of Court shall assign a new case number.

　　　　2. All future filings shall bear the new case number and shall be filed at:

1

United States District Court
Eastern District of California
2500 Tulare Street
Fresno, CA 93721

IT IS SO ORDERED.


Dated:   March 18, 2021                                    _____
                                                           JEREMY D. PETERSON
                                                           UNITED STATES MAGISTRATE JUDGE