UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUWAYNE M. JACKSON,<br><br>       Plaintiff,<br><br>   v.<br><br>C. PFEIFFER, *et al.*,<br><br>       Defendants. | Case No. 1:21-cv-00452-JLT-CDB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION OF TIME TO FILE WAIVER OF SERVICE OF PROCESS<br><br>(Doc. 25)<br><br>**JULY 27, 2023, DEADLINE** |

Defendants have filed a motion for a fifteen-day extension of time from July 13, 2023, to July 27, 2023, to file waivers of service of process. (Doc. 25.) As grounds, defense counsel states that her office has been seeking requests for representation from the Defendants, but the litigation coordinator at Kern Valley State Prison responsible for obtaining the requests is out of the office until July 17, 2023. Until then, defense counsel is unable to file waivers on behalf of Defendants or assess conflicts of interests. Defendants have demonstrated good cause for the requested extension of time.

Accordingly, it is hereby ORDERED that Defendants' motion for an extension of time (Doc. 25) is GRANTED. Defendants shall file their service waivers on or before **July 27, 2023**. IT IS SO ORDERED.

Dated:   **July 13, 2023**

UNITED STATES MAGISTRATE JUDGE